Dixson D. Gifford, Individually, and d/b/a D. D. Gifford, Appellee, v. Edward P. Donovan, Individually, and d/b/a Preferred Realty & Builders, and Alice M. Donovan, His Wife, Appellants.

Gen. No. 47,501.

First District, First Division.

June 30, 1958.

Released for publication September 29, 1958.

McCarthy, Witry, Lyon & McCarthy, for appellants; John M. Daley, and Daniel A. Gallagher, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.